# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYEL PEREZ-VALENCIA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 1:23-cv-01123-SAB-HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 27, 2024, the Court ordered Respondent to file a copy of Petitioner's purported final order of removal. (ECF No. 9.) On April 12, 2024, the Court granted Respondent's request to file the final order of removal under seal. (ECF No. 12.)

Local Rule 141 provides in pertinent:

> If a Request [to Seal Documents] is granted in full or in part, . . . then counsel for the requesting party shall either e-mail to the Clerk, at the e-mail address for sealed documents listed on the Court's website, an electronic copy of the documents covered by the sealing order, in .pdf format as an attachment, or submit to the Clerk by hand-delivery, U.S. mail, or same-day or overnight courier, a CD containing a copy of the documents in .pdf format.

L.R. 141(e)(2)(i). To date, Respondent has not submitted copies of the documents covered by the sealing order to the Clerk. Local Rule 110 provides that "[f]ailure of counsel or of a party to

comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L.R. 110.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of service of this order, Respondent shall show cause why sanctions should not be imposed for failure to comply with Local Rule 141(e)(2)(i).

IT IS SO ORDERED.

Dated:   **May 7, 2024**

UNITED STATES MAGISTRATE JUDGE

2